# 22-11011

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff - Appellee

v.

**ERIC PRESCOTT KAY,**
Defendant - Appellant

Appeal from United States District Court
Northern District of Texas
Fort Worth Division
District Court No. 4:20-CR-269-Y

**UNITED STATES' UNOPPOSED MOTION TO
SUPPLEMENT THE RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 10(e)(2)(C), the government moves to supplement the record on appeal with the government's trial exhibit number 95. The exhibit is not sealed, but was omitted from the file when the record was originally certified. The government moves to supplement so that the Court will have a complete record on which to decide the appeal.

Respectfully submitted,

Leigha Simonton
United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Gary Udashen, counsel for Kay, and he is unopposed to this motion.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw

## CERTIFICATE OF SERVICE

I certify that on April 21, 2023, this document was served on Kay's counsel, Gary Udashen, through the Court's ECF system, and that: 1) required privacy redactions have been made; 2) the electronic submission is an exact copy of the paper document; and 3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw

## **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 60 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

                                                            *s/ Jonathan Bradshaw*
                                                            Jonathan Bradshaw