# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Case No. 22-11011

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

v.

ERIC PRESCOTT KAY
*Defendant-Appellant*

## APPELLANT'S RECORD EXCERPTS

Appeal from the United States District Court for
the Northern District of Texas, Fort Worth Division

BRETT ORDIWAY
Texas Bar No. 24079086
brett@udashenanton.com

MADISON MCWITHEY
Texas Bar No. 24119481
madison@udashenanton.com

UDASHEN|ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
214-468-8100
214-468-8104 (fax)

# Table of Contents

1. Docket Sheet...………………………...……………..………………ROA.5593-5623

2. Notice of Appeal………………...………………………………ROA.1064-65

3. Superseding Indictment……………………………………………… ROA.563-66

4. Jury's Verdict………...…………………………………………….. ROA.954-55

5. Judgment…………………………………………...…………… ROA.1059-61

1. Docket Sheet (ROA.5593-5623)

EXCERPT 1 - THE DOCKET SHEET

APPEAL,ATTN,CLOSED,EXH-ADM,HISTORIC

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:20-cr-00269-Y-1

Case title: USA v. Kay

 Magistrate judge case number:  4:20-mj-00488-BJ

Date Filed: 10/15/2020

Date Terminated: 10/11/2022

Assigned to: Senior Judge Terry R
Means

Appeals court case number:
22-11011 United States Court of
Appeals 5th Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Eric Prescott Kay**<br>*TERMINATED: 10/11/2022* | represented by | **Brett Evan Ordiway**<br>Udashen | Anton<br>8150 N. Central Expressway<br>Suite M1101<br>Dallas, TX 75206<br>214-468-8100<br>Fax: 214-468-8104<br>Email: brett@udashenanton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Cody Lee Cofer**<br>Cofer Luster Law Firm, PC<br>604 E. 4th Street, Suite 101<br>Fort Worth, TX 76102<br>682-777-3336<br>Fax: 682-238-5577<br>Email: ccofer@coferluster.com<br>*TERMINATED: 11/08/2022*<br>*Designation: CJA Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Michael Alessandro Molfetta**<br>Molfetta Law<br>3070 Bristol Street<br>Suite 580 |

EXCERPT 1 – THE DOCKET SHEET

Costa Mesa, CA 92626
949-391-2399
Fax: 949-409-3144
Email: michael@michaelmolfettalaw.com
*TERMINATED: 05/17/2022*
*Designation: Retained*
*Bar Status: Not Admitted*

**William Reagan Wynn**
Reagan Wynn Law, PLLC
5049 Edwards Ranch Rd., Floor 4
Fort Worth, TX 76109
8179006800
Email: rw@reaganwynn.law
*TERMINATED: 05/17/2022*
*Designation: Retained*
*Bar Status: **NOT ELIGIBLE***

| Pending Counts | Disposition |
| --- | --- |
| 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a Controlled Substance (1s) | BOP- 264 months; S/R- 3 years; MSA-$200. |
| 21 U.S.C. §§ 841(a)(l) and (b)(l)(C) Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury (2s) | BOP- 264 months; S/R- 3 years; MSA-$200. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a Controlled Substance (1) | Dismissed upon government motion. |
| 21 U.S.C. §§ 841(a)(l) and (b)(1)(C) Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury (2) | Dismissed upon government motion. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
| --- | --- |

EXCERPT 1 – THE DOCKET SHEET

21:846 Conspiracy to possess with
intent to distribute controlled
substance

---

**Interested Party**

**Angels Baseball LP**                          represented by   **John H. Cayce, Jr**
                                                                 Kelly Hart & Hallman
                                                                 Carter Burgess Plaza
                                                                 201 Main St
                                                                 Suite 2500
                                                                 Fort Worth, TX 76102-3194
                                                                 817-332-2500
                                                                 Fax: 817-878-9280
                                                                 Email: john.cayce@kellyhart.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Ariel A Neuman**
                                                                 Bird Marella Boxer Wolpert Nessim Drooks
                                                                 Lincenberg & Rhow P
                                                                 1875 Century Park East
                                                                 23rd Floor
                                                                 Los Angeles, CA 90067
                                                                 310-201-2100
                                                                 Fax: 310-201-2110
                                                                 Email: aneuman@birdmarella.com
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*
                                                                 *Bar Status: Not Admitted*

                                                                 **Michael D Anderson**
                                                                 Kelly Hart & Hallman
                                                                 201 Main St
                                                                 Suite 2500
                                                                 Fort Worth, TX 76102-3194
                                                                 817-332-2500
                                                                 Email: michael.anderson@kellyhart.com
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Naomi S Solomon**
                                                                 Bird Marella Boxer Wolpert Nessim Drooks
                                                                 Lincenberg & Rhow P
                                                                 1875 Century Park East, 23rd Floor
                                                                 Los Angeles, CA 90067
                                                                 310-201-2100
                                                                 Fax: 310-201-2110

EXCERPT 1 - THE DOCKET SHEET

Email: nsolomon@birdmarella.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Not Admitted*

**Nicole Rodriguez Van Dyk**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow P
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: nrv@birdmarella.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Not Admitted*

**Oliver Rocos**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow P
1875 Century Park East
23rd Floor
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: orocos@birdmarella.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Not Admitted*

**Philip H Hilder**
Hilder & Associates PC
819 Lovett Blvd
Houston, TX 77006-3905
713-655-9111
Fax: 713-655-9112
Email: philip@hilderlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Quentin Tate Williams**
Hilder & Associates PC
819 Lovett Blvd
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: tate@hilderlaw.com
*ATTORNEY TO BE NOTICED*

EXCERPT 1 - THE DOCKET SHEET

*Designation: Unknown*
*Bar Status: Admitted/In Good Standing*

**Ryan Roper**
Kelly Hart & Hallman
201 Main St
Suite 2500
Fort Worth, TX 76102-3194
817-332-2500
Fax: 817-878-9280
Email: ryan.roper@kellyhart.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Stephanie K McGuire**
Hilder & Associates PC
819 Lovett Boulevard
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: stephanie@hilderlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Interested Party**

**Los Angeles Times Communications LLC**          represented by          **James A Hemphill**
Graves Dougherty Hearon & Moody PC
401 Congress Avenue
Suite 2700
Austin, TX 78701
512-480-5762
Fax: 512-536-9907
Email: jhemphill@gdhm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Christopher Cody Cyrus**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Suite 4500
Denver, CO 80202
303-244-1866
Email: ccyrus@gdhm.com
*ATTORNEY TO BE NOTICED*
*Designation: Unknown*
*Bar Status: Admitted/In Good Standing*

EXCERPT 1 – THE DOCKET SHEET

**Intervenor**

| | | |
|---|---|---|
| **Carli Skaggs** | represented by | **Rusty Hardin, Jr** |
| *Individually and on behalf of the Estate of* | | Rusty Hardin & Associates LLP |
| *Tyler Skaggs* | | 1401 McKinney St |
| | | Suite 2250 |
| | | Houston, TX 77010 |
| | | 713/652-9000 |
| | | Fax: 713/652-9800 |
| | | Email: rhardin@RustyHardin.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | *Bar Status: Admitted/In Good Standing* |

**Aisha Japera Dennis**
Rusty Hardin & Associates, LLP
1401 McKinney
Suite 2250
Houston, TX 77010
United Sta
713-652-9000
Fax: 713-652-9800
Email: adennis@nacdl.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Lindsey E Beran-DOJ** |
| | | United States Attorney's Office |
| | | 1100 Commerce Street |
| | | Suite 300 |
| | | Dallas, TX 75242 |
| | | 214-659-8666 |
| | | Email: usatxn.ecfbounceback@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Admitted/In Good Standing* |

**Errin Martin-DOJ**
US Attorney's Office
1100 Commerce St
Suite 300
Dallas, TX 75242
214-659-8838
Fax: 214-659-8803
Email: errin.martin@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*

EXCERPT 1 - THE DOCKET SHEET

*Bar Status: Admitted/In Good Standing*

**Jonathan Glen Bradshaw-DOJ**
United States Attorney's Office - NDTX
1100 Commerce
Third Floor
Dallas, TX 75242
214-659-8835
Fax: 214-659-8812
Email: jonathan.bradshaw@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Joseph T. Lo Galbo-DOJ**
US Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242
214-659-8776
Email: joseph.lo.galbo@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2020 | 1 | SEALED COMPLAINT (Clerk note: This case is to remain sealed until the defendant has been arrested/appeared.) as to Eric Prescott Kay (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (jah) [4:20-mj-00488-BJ] (Entered: 07/30/2020) |
| 07/30/2020 | 2 | *** Arrest Warrant Issued in case as to Eric Prescott Kay. Excludable XM Started. (jah)[4:20-mj-00488-BJ] Modified per DJ chambers on 1/20/2022 (bcr). (Entered: 07/30/2020) |
| 08/07/2020 | | Voluntary Surrender of Eric Prescott Kay (jah) [4:20-mj-00488-BJ] (Entered: 08/07/2020) |
| 08/07/2020 | 3 | NOTICE OF ATTORNEY APPEARANCE by William Reagan Wynn appearing for Eric Prescott Kay (jah) [4:20-mj-00488-BJ] (Entered: 08/07/2020) |
| 08/07/2020 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance as to Eric Prescott Kay held on 8/7/2020. Deft self surrendered to USM: 8/7/2020; attorney Reagan Wynn entered appearance as retained counsel; Gov't not moving for detention; deft waives PC hearing; Court finds PC; Deft executed PR Bond & advised of conditions of pretrial release; O/setting conditions of pretrial release entered; Deft released on conditions. Attorney Appearances: AUSA - Lindsey Beran; Defense - Reagan Wynn. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO Honstein.) (jah) [4:20-mj-00488-BJ] (Entered: 08/07/2020) |

| 08/07/2020 | 5 | ORDER Setting Conditions of Release as to Eric Prescott Kay (1) Deft released on PR bond; Deft to next appear as directed by the Court or U.S. Probation Officer; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/7/2020) (jah) [4:20-mj-00488-BJ] (Entered: 08/07/2020) |
|---|---|---|
| 08/13/2020 | 6 | Notice of Filing of Official Electronic Transcript of Initial Appearance Proceedings as to Eric Prescott Kay held on 08/07/2020 before Judge Jeffrey L. Cureton. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (8 pages) Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. A copy of the transcript may be purchased from the court reporter or viewed at the clerk's office. Redaction Request under SO 19-1, due immediately. Redaction Request due 9/3/2020. Redacted Transcript Deadline set for 9/14/2020. Release of Transcript Restriction set for 11/12/2020. (Rehling, Kathy) [4:20-mj-00488-BJ] (Entered: 08/13/2020) |
| 08/14/2020 | 7 | Arrest Warrant Returned Executed on 8/7/20 as to Eric Prescott Kay self surrendered (jah) [4:20-mj-00488-BJ] (Entered: 08/14/2020) |
| 08/28/2020 | 8 | Joint MOTION for Extension of Time *to Indict* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) [4:20-mj-00488-BJ] (Entered: 08/28/2020) |
| 08/28/2020 | 9 | ELECTRONIC ORDER granting 8 Joint Motion for Extend Time to Indict as to Eric Prescott Kay (1): continued until 9/24/20 for the reasons stated in the joint motion and because the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. see 18 USC 3161 (h)(7)(A) and (h)(7)(B)(iv) and (h)(7(B)(I) (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/28/2020) (jah) [4:20-mj-00488-BJ] (Entered: 08/28/2020) |
| 09/18/2020 | 10 | Joint MOTION for Extension of Time *to Indict* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) [4:20-mj-00488-BJ] (Entered: 09/18/2020) |
| 09/21/2020 | 11 | ELECTRONIC ORDER granting 10 Second Joint Motion for Extension of Time to Indict as to Eric Prescott Kay (1): Continued to October 22, 2020 for the reasons stated in the joint motion and because the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. see 18 USC 3161 (h)(7)(A) and (h)(7)(B)(iv) and (h)(7(B)(I). (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/21/2020) (jah) [4:20-mj-00488-BJ] (Entered: 09/21/2020) |
| 10/15/2020 | 12 | INDICTMENT with Forfeiture Notice as to Eric Prescott Kay (1) count(s) 1, 2. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (tln) (Entered: 10/16/2020) |

EXCERPT 1 – THE DOCKET SHEET

| 10/16/2020 | 14 | ELECTRONIC ORDER as to Eric Prescott Kay: Arraignment set for 10/28/2020 09:30 AM in US Courthouse, Courtroom 2nd Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 10/16/2020) (jah) (Entered: 10/16/2020) |
|---|---|---|
| 10/27/2020 | 15 | Waiver of Arraignment and Entry of Plea of Not Guilty by Eric Prescott Kay. Accepted by Magistrate Judge Jeffrey L. Cureton on 10/27/2020. (jah) (Entered: 10/27/2020) |
| 10/30/2020 | 16 | Pretrial and Scheduling Order for Criminal Trial as to Eric Prescott Kay: This case is set for jury trial on December 14, 2020, at 1:30 p.m. A pretrial conference will be conducted in the courtroom on the fifth floor of the U.S. Courthouse, Fort Worth, Texas, on Thursday, December 10, 2020, at 3:00 p.m. The defendant, as well as his respective counsel, must be present at the conference. Pretrial motions due by November 16, 2020. (see order) (Ordered by Senior Judge Terry R Means on 10/30/2020) (tln) (Entered: 10/30/2020) |
| 11/05/2020 | 17 | Joint MOTION to Continue *Trial and Extend Pretrial Deadlines* filed by Eric Prescott Kay (Wynn, William) (Entered: 11/05/2020) |
| 11/13/2020 | 18 | ORDER GRANTING 17 JOINT MOTION TO CONTINUE in the Interest of Justice as to Eric Prescott Kay: Jury Trial continued until Monday, 4/19/2021 at 01:30 PM before Senior Judge Terry R Means. Pretrial Conference continued until Thursday, 4/15/2021 at 03:00 PM before Senior Judge Terry R Means. Pretrial Motions due by 3/1/2021. (see order) (Ordered by Senior Judge Terry R Means on 11/13/2020) (tln) (Entered: 11/13/2020) |
| 01/14/2021 | 19 | Unopposed MOTION for Protective Order *Governing Disclosure of Discovery Materials* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 01/14/2021) |
| 01/15/2021 | 20 | Designation of Experts by USA (Attachments: # 1 Exhibit(s) Expert CVs) (Beran-DOJ, Lindsey) (Entered: 01/15/2021) |
| 01/28/2021 | 21 | ORDER granting 19 Motion for Protective Order as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 1/28/2021) (tln) (Entered: 01/28/2021) |
| 03/26/2021 | 22 | Unopposed MOTION to Continue *Trial and Extend Pretrial Deadlines* filed by Eric Prescott Kay (Wynn, William) (Entered: 03/26/2021) |
| 04/06/2021 | 23 | ORDER granting 22 Unopposed Motion to Continue as to Eric Prescott Kay (1): Jury Trial continued to 8/16/2021 01:30 before Senior Judge Terry R Means. Pretrial Conference continued to 8/12/2021 03:00 PM before Senior Judge Terry R Means. Pretrial Motions due by 6/30/2021. (see order) (Ordered by Senior Judge Terry R Means on 4/6/2021) (tln) (Entered: 04/06/2021) |
| 05/19/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE by Errin Martin-DOJ appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Martin-DOJ, Errin) (Entered: 05/19/2021) |
| 07/10/2021 | 25 | NOTICE OF ATTORNEY APPEARANCE by Jonathan Glen Bradshaw-DOJ appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial |

EXCERPT 1 – THE DOCKET SHEET

|  |  |  |
|---|---|---|
|  |  | Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Bradshaw-DOJ, Jonathan) (Entered: 07/10/2021) |
| 07/19/2021 | 26 | Application for Admission Pro Hac Vice without a Certificate of Good Standing for Attorney Michael A. Molfetta (Filing fee $100; Receipt number 0539-12064571) filed by Eric Prescott Kay (Wynn, William) (Entered: 07/19/2021) |
| 07/21/2021 | 27 | MOTION to Continue *Trial and Extend Pretrial Deadlines* filed by Eric Prescott Kay (Wynn, William) (Entered: 07/21/2021) |
| 07/22/2021 | 28 | RESPONSE by USA as to Eric Prescott Kay re: 27 MOTION to Continue *Trial and Extend Pretrial Deadlines* (Beran-DOJ, Lindsey) (Entered: 07/22/2021) |
| 07/28/2021 | 30 | ORDER partially granting 27 Motion to Continue as to Eric Prescott Kay (1): Jury Trial continued until 10/4/2021 01:30 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. Pretrial Conference continued until 9/30/2021 03:00 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. Pretrial Motions due by 8/20/2021. (see order) (Ordered by Senior Judge Terry R Means on 7/28/2021) (tln) (Entered: 07/28/2021) |
| 07/28/2021 | 31 | ORDER granting 26 Application for Admission Pro Hac Vice of Michael A. Molfetta as to Eric Prescott Kay (1). Important Reminder: Further, if Applicant has not already done so, he must register as an ECF User no later than August 27, 2021, through the Court's website. (Ordered by Senior Judge Terry R Means on 7/28/2021) (tln) (Entered: 07/28/2021) |
| 08/18/2021 | 33 | MOTION for Leave to File Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702 filed by USA as to Eric Prescott Kay (Attachments: # 1 Exhibit(s) A - Government's Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702) (Beran-DOJ, Lindsey) (Entered: 08/18/2021) |
| 08/20/2021 | 34 | MOTION in Limine filed by USA as to Eric Prescott Kay (Martin-DOJ, Errin) (Entered: 08/20/2021) |
| 08/20/2021 | 35 | NOTICE *of Potential Evidence Relevant to Federal Rule of Evidence 404(b)* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 08/20/2021) |
| 08/20/2021 | 36 | MOTION for Court to Submit Written Questionnaire to Potential Jurors filed by Eric Prescott Kay with Brief/Memorandum in Support. (Wynn, William) (Entered: 08/20/2021) |
| 08/23/2021 | 37 | MOTION to Compel *Production of Materials and Information Demanded by Subpoena* filed by USA as to Eric Prescott Kay (Bradshaw-DOJ, Jonathan) (Entered: 08/23/2021) |
| 08/23/2021 | 38 | Sealed Motion to Seal Appendix to Government's Motion to Compel Production of Materials and Information Demanded by Subpoena (Sealed pursuant to motion to seal) as to Eric Prescott Kay filed by USA. (Attachments: # 1 SEALED Appendix) (Bradshaw-DOJ, Jonathan) (Entered: 08/23/2021) |
| 08/24/2021 | 39 | RESPONSE AND OBJECTION by Angels Baseball LP as to Eric Prescott Kay re: 37 MOTION to Compel *Production of Materials and Information Demanded by Subpoena* (Cayce, John) (Entered: 08/24/2021) |

EXCERPT 1 – THE DOCKET SHEET

| 08/24/2021 | 40 | REPLY by USA as to Eric Prescott Kay re: 39 Response/Objection (Bradshaw-DOJ, Jonathan) (Entered: 08/24/2021) |
|---|---|---|
| 08/24/2021 | 41 | RESPONSE by Angels Baseball LP as to Eric Prescott Kay re: 40 Reply (Cayce, John) (Entered: 08/24/2021) |
| 08/26/2021 | 42 | ORDER MODIFYING JULY 28, 2021 ORDER PARTIALLY GRANTING OPPOSED MOTION TO CONTINUE as to Eric Prescott Kay: The judge presiding over this case will be out of state over the Columbus Day holiday week, which is the week following the week of October 4. As a result, the Court concludes that the original July 27 order granting Defendant's motion to continue should be and hereby is MODIFIED to reflect that Defendant's motion is GRANTED, and the trial of this cause is CONTINUED until 1:30 p.m. on Monday, November 8, 2021. The pretrial conference is CONTINUED until 3:00 p.m. on Thursday, November 4. (see order) (Ordered by Senior Judge Terry R Means on 8/26/2021) (tln) (Entered: 08/26/2021) |
| 08/26/2021 | 43 | ORDER denying 36 Motion for Court to Submit Written Questionnaire to Potential Jurors as to Eric Prescott Kay (1). (see order for specifics) (Ordered by Senior Judge Terry R Means on 8/26/2021) (tln) (Entered: 08/26/2021) |
| 08/27/2021 | 44 | ORDER DENYING MOTION FOR EXPEDITED BRIEFING as to Eric Prescott Kay: Pending before the Court is the government's Motion to Compel Production of Materials and Information Demanded by Subpoena (doc. 37 ). Buried within the text and prayer for relief in that motion is a request for expedited briefing. Initially, the Court concludes that this request should be and hereby is DENIED due to the government's failure to include in the title of the document that the document included a motion for expedited briefing. See N.D. TEX. L. CRIM. R. 49.2(c). Furthermore, the Court discerns no basis for requiring expedited briefing. Any response to the motion shall be filed, as required by Local Criminal Rule 47.1(e) and paragraph six of the October 30, 2020 scheduling order previously issued in this case, no later than September 7, 2021. (Ordered by Senior Judge Terry R Means on 8/27/2021) (tln) (Entered: 08/27/2021) |
| 08/27/2021 | 45 | Sealed ORDER granting sealed and/or ex parte motion 38 in case as to Eric Prescott Kay (1). (Clerk to enter the sealed and/or ex parte document as of the date of this order.) (Ordered by Senior Judge Terry R Means on 8/27/2021) (tln) (Entered: 08/27/2021) |
| 08/27/2021 | 46 | Sealed Appendix in Support re: 37 Motion to Compel as to Eric Prescott Kay filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (tln) (Entered: 08/27/2021) |
| 08/31/2021 | 47 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Ariel A. Neuman (Filing fee $100; Receipt number 0539-12183139) filed by Angels Baseball LP as to Eric Prescott Kay (Attachments: # 1 Proposed Order)Attorney Ariel A Neuman added to party Angels Baseball LP(pty:ip) (Neuman, Ariel) (Entered: 08/31/2021) |
| 08/31/2021 | 48 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Nicole Rodriguez Van Dyk (Filing fee $100; Receipt number 0539-12183302) filed by Angels Baseball LP as to Eric Prescott Kay (Attachments: # 1 Proposed Order)Attorney Nicole Rodriguez Van Dyk added to party Angels Baseball LP(pty:ip) (Van Dyk, Nicole) (Entered: 08/31/2021) |
| 08/31/2021 | 49 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Oliver Rocos (Filing fee $100; Receipt number 0539-12183430) filed by |

EXCERPT 1 – THE DOCKET SHEET

| | | |
|---|---|---|
| | | Angels Baseball LP as to Eric Prescott Kay (Attachments: # 1 Proposed Order)Attorney Oliver Rocos added to party Angels Baseball LP(pty:ip) (Rocos, Oliver) (Entered: 08/31/2021) |
| 08/31/2021 | 50 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Naomi S. Solomon (Filing fee $100; Receipt number 0539-12183592) filed by Angels Baseball LP as to Eric Prescott Kay (Attachments: # 1 Proposed Order)Attorney Naomi S Solomon added to party Angels Baseball LP(pty:ip) (Solomon, Naomi) (Entered: 08/31/2021) |
| 09/03/2021 | 51 | ORDER granting 50 Application for Admission Pro Hac Vice of Naomi S. Solomon. Important Reminder: Further, if Applicant has not already done so, she must register as an ECF User no later than September 30, 2021, through the Court's website. as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 9/3/2021) (tln) (Entered: 09/03/2021) |
| 09/03/2021 | 52 | ORDER granting 49 Application for Admission Pro Hac Vice of Oliver Rocos. Important Reminder: Further, if Applicant has not already done so, she must register as an ECF User no later than September 30, 2021, through the Court's website. as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 9/3/2021) (tln) (Entered: 09/03/2021) |
| 09/03/2021 | 53 | ORDER granting 48 Application for Admission Pro Hac Vice of Nicole Rodriguez Van Dyk. Further, if Applicant has not already done so, she must register as an ECF User no later than September 30, 2021, through the Court's website. as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 9/3/2021) (tln) (Entered: 09/03/2021) |
| 09/03/2021 | 54 | ORDER granting 47 Application for Admission Pro Hac Vice of Ariel A. Neuman. Further, if Applicant has not already done so, she must register as an ECF User no later than September 30, 2021, through the Court's website as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 9/3/2021) (tln) (Entered: 09/03/2021) |
| 09/07/2021 | 55 | ORDER ASSIGNING HOURS FOR TRIAL as to Eric Prescott Kay. (Ordered by Senior Judge Terry R Means on 9/7/2021) (mmw) (Entered: 09/07/2021) |
| 09/07/2021 | 56 | ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED DESIGNATION OF WITNESSES PURSUANT TO FEDERAL RULE OF EVIDENCE 702 as to Eric Prescott Kay (1): Pending before the Court is Government's Motion for Leave to File Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702 (doc. 33 ). The Court concludes that the motion should be and it is hereby GRANTED. (Ordered by Senior Judge Terry R Means on 9/7/2021) (mmw) (Entered: 09/07/2021) |
| 09/07/2021 | 57 | Government's Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702 filed by USA as to Eric Prescott Kay (mmw) (Entered: 09/07/2021) |
| 09/07/2021 | 58 | RESPONSE by Angels Baseball LP as to Eric Prescott Kay re: 37 MOTION to Compel *Production of Materials and Information Demanded by Subpoena* (Neuman, Ariel) (Entered: 09/07/2021) |
| 09/07/2021 | 59 | SEALED ANGELS BASEBALL LPS MOTION TO SEAL APPENDIX IN SUPPORT OF ITS OPPOSITION TO GOVERNMENTS MOTION TO COMPEL (Sealed pursuant to motion to seal) as to Eric Prescott Kay filed by Angels Baseball LP. (Attachments: # 1 Proposed Sealed Document) (Neuman, Ariel) (Entered: |

EXCERPT 1 - THE DOCKET SHEET

| | | |
|---|---|---|
| | | 09/07/2021) |
| 09/13/2021 | 60 | Sealed Motion for Leave to File Government's Reply to Angels' Opposition to Motion to Compel and Request for Evidentiary Hearing under Seal (Sealed pursuant to motion to seal) as to Eric Prescott Kay filed by USA. (Attachments: # 1 Government's SEALED Reply to Angels' Opposition to Motion to Compel and Request for Evidentiary Hearing) (Bradshaw-DOJ, Jonathan) (Entered: 09/13/2021) |
| 09/14/2021 | 61 | OBJECTION by Angels Baseball LP as to Eric Prescott Kay re: 60 Sealed Motion for Leave to File Government's Reply to Angels' Opposition to Motion to Compel and Request for Evidentiary Hearing under Seal (Sealed pursuant to motion to seal) as to Eric Prescott Kay filed by USA. (Neuman, Ariel) Modified restriction on 9/15/2021 (mmw). (Entered: 09/14/2021) |
| 09/17/2021 | 62 | SEALED ORDER GRANTING 59 MOTION TO SEAL APPENDIX as to Eric Prescott Kay: Pending before the Court is the Sealed Motion to Seal Appendix (doc. 59 ) filed by Angels Baseball LP ("Angels"). After review of the motion, the Court concludes that it should be and is hereby GRANTED. (Ordered by Senior Judge Terry R Means on 9/17/2021) (mmw) (Entered: 09/17/2021) |
| 09/17/2021 | 63 | SEALED APPENDIX IN SUPPORT OF ANGELS BASEBALL LP'S 58 OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL PRODUCTION OF MATERIALS AND INFORMATION DEMANDED BY SUBPOENA as to Eric Prescott Kay filed by Angels Baseball LP. (Notice: Any required service of this document is the responsibility of the filer.) (mmw) (Entered: 09/17/2021) |
| 09/21/2021 | 64 | ORDER GRANTING MOTION IN LIMINE as to Eric Prescott Kay (1): Pending before the Court is the government's Motion in Limine (doc. 34 ). As of the date of this order, there has been no response in opposition to the motion. The Court concludes that it should be and hereby is GRANTED. (Ordered by Senior Judge Terry R Means on 9/21/2021) (mmw) (Entered: 09/21/2021) |
| 10/06/2021 | 65 | Sealed ORDER GRANTING LEAVE TO FILE A REPLY UNDER SEAL re: 60 in case as to Eric Prescott Kay (1). (Clerk to enter the sealed and/or ex parte document as of the date of this order.) (Ordered by Senior Judge Terry R Means on 10/6/2021) (npk) (Entered: 10/06/2021) |
| 10/06/2021 | 66 | Sealed and/or Ex Parte Reply re: 37 Motion to Compel and request for evidentiary hearing as to Eric Prescott Kay filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (npk) (Entered: 10/06/2021) |
| 10/07/2021 | 67 | Sealed Order in case as to Eric Prescott Kay. (See order for details). (Ordered by Senior Judge Terry R Means on 10/7/2021) (sre) (Entered: 10/07/2021) |
| 10/14/2021 | 68 | MOTION to Unseal Document *ANGELS BASEBALL LPS REQUEST TO UNSEAL ORDER DENYING MOTION TO COMPEL PRODUCTION (ECF NO. 67) OR ISSUE REDACTED VERSION* filed by Angels Baseball LP as to Eric Prescott Kay with Brief/Memorandum in Support. (Attachments: # 1 ANGELS BASEBALL LPS NOTICE OF LODGING OF PROPOSED REDACTED VERSION OFSEALED ORDER DENYING MOTION TO COMPEL PRODUCTION) (Neuman, Ariel) (Entered: 10/14/2021) |
| 10/28/2021 | 70 | Sealed Response re: 68 Motion to Unseal Document, (Sealed pursuant to SO 19-1, statute, or rule) as to Eric Prescott Kay filed by USA. (Beran-DOJ, Lindsey) (Entered: 10/28/2021) |

EXCERPT 1 – THE DOCKET SHEET

| | | |
|---|---|---|
| 11/01/2021 | 73 | Government's Unopposed Motion to File Witness and Exhibit Lists Under Seal (Sealed pursuant to motion to seal) as to Eric Prescott Kay filed by USA. (Attachments: # 1 Exhibit(s) 1 - Government's Exhibit List, # 2 Exhibit(s) 2 - Government's Witness List) (Beran-DOJ, Lindsey) (Entered: 11/01/2021) |
| 11/01/2021 | 74 | Second MOTION to Continue *Opposed Motion to Continue Trial and Extend Pretrial Deadlines* filed by Eric Prescott Kay with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) DOJ Press Release) (Wynn, William) (Entered: 11/01/2021) |
| 11/01/2021 | 75 | ORDER RESCHEDULING TIME OF JURY SELECTION as to Eric Prescott Kay: Jury selection in the above-styled and -numbered cause will commence at 10:00 a.m. on Monday, November 8, 2021, instead of 1:30 p.m., in the second floor district court courtroom of the Eldon B. Mahon United States Courthouse, Fort Worth, Texas. (Ordered by Senior Judge Terry R Means on 11/1/2021) (sre) (Entered: 11/02/2021) |
| 11/02/2021 | 76 | RESPONSE by USA as to Eric Prescott Kay re: 74 Second MOTION to Continue *Opposed Motion to Continue Trial and Extend Pretrial Deadlines* (Beran-DOJ, Lindsey) (Entered: 11/02/2021) |
| 11/02/2021 | 77 | Proposed Jury Charge filed by USA as to Eric Prescott Kay (Bradshaw-DOJ, Jonathan) (Entered: 11/02/2021) |
| 11/02/2021 | 78 | SUPERSEDING INDICTMENT as to Eric Prescott Kay (1) count(s) 1s, 2s with Forfeiture Notice. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (npk) (Entered: 11/02/2021) |
| 11/03/2021 | 79 | ORDER GRANTING SECOND MOTION TO CONTINUE as to Eric Prescott Kay: Defendant's 74 Second Opposed Motion for Continuance is GRANTED. The trial of this cause is CONTINUED until 10:00 a.m. on Monday, January 24, 2022. The pretrial conference is CONTINUED until 3:00 p.m. on Thursday, January 20, 2022. (Ordered by Senior Judge Terry R Means on 11/3/2021) (bdb) (Entered: 11/03/2021) |
| 11/03/2021 | 80 | ELECTRONIC ORDER as to Eric Prescott Kay: Arraignment on Superseding Indictment set for 11/17/2021 09:30 AM in US Courthouse, Courtroom 2nd Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Magistrate Judge Jeffrey L. Cureton. Attorneys and Defendant to be in the courtroom 15 minutes prior to the hearing start time. Waivers of arraignment are encouraged. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/3/2021) (jah) (Entered: 11/03/2021) |
| 11/05/2021 | 81 | Waiver of Arraignment and Entry of Plea of Not Guilty by Eric Prescott Kay. Accepted by Magistrate Judge Jeffrey L. Cureton on 11/5/2021. (jah) (Entered: 11/05/2021) |
| 11/09/2021 | 82 | AMENDED ORDER GRANTING SECOND MOTION TO CONTINUE 74 as to Eric Prescott Kay: Jury Trial set for 2/8/2022 at 10:00 AM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. Pretrial Conference set for 2/3/2022 at 03:00 PM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. It is further ORDERED that the scheduling order previously issued in this cause is hereby MODIFIED as follows: (1) the deadline for filing witness and exhibit lists is EXTENDED until February 1; and (2) the deadline for exchanging exhibit notebooks is EXTENDED until February 3. (Ordered by Senior Judge Terry R |

EXCERPT 1 – THE DOCKET SHEET

| | | |
|---|---|---|
| | | Means on 11/9/2021) (sre) (Entered: 11/09/2021) |
| 11/09/2021 | 84 | ORDER GRANTING REQUEST TO UNSEAL 67 as to Eric Prescott Kay (1): Pending before the Court is the "Request to Unseal Order Denying Motion to Compel Production 67 or Issue Redacted Version" 68 filed by Angels Baseball, LP. After review of the motion, the government's response, and the record in this case, the Court concludes that the motion should be and hereby is GRANTED. The clerk of the Court is DIRECTED to unseal the Court's Order Denying Motion to Compel Production 67 filed on October 7, 2021. (Ordered by Senior Judge Terry R Means on 11/9/2021) (sre) (Entered: 11/09/2021) |
| 11/09/2021 | 85 | ORDER GRANTING MOTION TO FILE WITNESS AND EXHIBITLISTS UNDER SEAL UNTIL CONCLUSION OF TRIAL TESTIMONY as to Eric Prescott Kay: Pending before the Court is the government's Unopposed Motion to File Witness and Exhibit Lists Under Seal 73 . The title of the motion and the certificate of conference indicate that Defendant does not oppose the motion. As a result, and after having considered the motion, the Court concludes that it should be and hereby is GRANTED. The government's witness and exhibit lists are DEEMED filed UNDER SEAL this same day, and the clerk of the Court is DIRECTED to file a copy of the lists, which were attached as an exhibit to the motion, and maintain the lists and the government's motion UNDER SEAL until the conclusion of testimony in the trial in this case. See N.D. Tex. L. Civ. R. 15.1(b). (Ordered by Senior Judge Terry R Means on 11/9/2021) (sre) (Entered: 11/09/2021) |
| 11/09/2021 | 86 | ***WITHDRAWN PER ORDER 104 *** Government's Exhibit List as to Eric Prescott Kay filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (sre) Modified on 1/26/2022 (sre). (Entered: 11/09/2021) |
| 11/09/2021 | 87 | ***WITHDRAWN PER ORDER 104 *** Government's Witness List as to Eric Prescott Kay filed by USA. (Notice: Any required service of this document is the responsibility of the filer.) (sre) Modified on 1/26/2022 (sre). (Entered: 11/09/2021) |
| 12/09/2021 | 88 | NOTICE OF ATTORNEY APPEARANCE by Joseph T. Lo Galbo-DOJ appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Lo Galbo-DOJ, Joseph) (Entered: 12/09/2021) |
| 12/20/2021 | 89 | MOTION To Intervene, MOTION to Unseal Document () filed by Los Angeles Times Communications, LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order [Proposed] Order Granting Los Angeles Times Communications LLCs Motion to Intervene, # 2 Proposed Order [Proposed] Order Granting Los Angeles Times Communications LLCs Motion to Unseal Judicial)Attorney James A Hemphill added to party Los Angeles Times Communications, LLC(pty:ip) (Hemphill, James) (Entered: 12/20/2021) |
| 12/20/2021 | 90 | Brief/Memorandum in Support by Los Angeles Times Communications, LLC as to Eric Prescott Kay re 89 MOTION To Intervene MOTION to Unseal Document (Hemphill, James) (Entered: 12/20/2021) |
| 12/20/2021 | 91 | Motion *Request to Proceed Without Local Counsel* filed by Los Angeles Times Communications, LLC as to Eric Prescott Kay (Hemphill, James) Modified on 12/21/2021 (sre). (Entered: 12/20/2021) |
| 01/03/2022 | 92 | |

EXCERPT 1 - THE DOCKET SHEET

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time *to Respond to Los Angeles Times Communications LLC's Motion to Intervene and Unseal Judicial Records* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 01/03/2022) |
| 01/03/2022 | 93 | RESPONSE AND OBJECTION by Angels Baseball LP as to Eric Prescott Kay re: 89 MOTION To Intervene MOTION to Unseal Document (Neuman, Ariel) (Entered: 01/03/2022) |
| 01/04/2022 | 94 | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND: Pending before the Court is the government's Unopposed Motion to Extend Time to Respond to Los Angeles Times Communications LLC's Motions to Intervene and Unseal Judicial Records (doc. 92 ). Having considered the unopposed motion, the Court concludes that this request should be and hereby is GRANTED. All responses in opposition to the Los Angeles Times motion must be filed on or before January 7, 2022. (Ordered by Senior Judge Terry R Means on 1/4/2022) (sre) (Entered: 01/04/2022) |
| 01/06/2022 | 95 | ORDER GRANTING 91 MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 1/6/2022) (twd) (Entered: 01/06/2022) |
| 01/07/2022 | 96 | MOTION to Strike *Witness and Exhibit Lists* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 01/07/2022) |
| 01/07/2022 | 97 | RESPONSE by USA as to Eric Prescott Kay re: 89 MOTION To Intervene MOTION to Unseal Document (Attachments: # 1 Exhibit(s) 1-2) (Beran-DOJ, Lindsey) (Entered: 01/07/2022) |
| 01/11/2022 | 98 | ***UNFILED AND STRICKEN PER 100 ORDER*** MOTION for Leave to File Brief in Reply to Government's Opposition to Motion to Unseal Judicial Records filed by Los Angeles Times Communications LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order Granting LA Times Communications, LLC's Motion to File a Reply to Government's Opposition to Motion to Unseal Judicial Records) (Cyrus, Christopher) Modified on 1/20/2022 (bdb). (Entered: 01/11/2022) |
| 01/11/2022 | 99 | ***UNFILED AND STRICKEN PER 100 ORDER*** MOTION for Leave to File Brief in Reply to Angels Baseball, LP's Opposition to Unseal Judicial Records filed by Los Angeles Times Communications LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order Granting LA Times Communications, LLC's Motion to File a Reply to Angels Baseball, LP's Opposition to Motion to Unseal Judicial Records) (Cyrus, Christopher) Modified on 1/20/2022 (bdb). (Entered: 01/11/2022) |
| 01/20/2022 | 100 | ORDER Striking and Unfiling Documents as to Eric Prescott Kay re 99 MOTION for Leave to File Brief in Reply to Angels Baseball, LP's Opposition to Unseal Judicial Records, 98 MOTION for Leave to File Brief in Reply to Government's Opposition to Motion to Unseal Judicial Records due to the following deficiency: The motions must include certificate of conference or inability to confer. (Ordered by Senior Judge Terry R Means on 1/20/2022) (bdb) (Entered: 01/20/2022) |
| 01/21/2022 | 101 | RESPONSE by Los Angeles Times Communications LLC as to Eric Prescott Kay re: 96 MOTION to Strike *Witness and Exhibit Lists*, 97 Response/Objection (Cyrus, Christopher) (Entered: 01/21/2022) |
| 01/21/2022 | 102 | MOTION for Leave to File Reply to Angels Baseball, LP's Opposition to Motion to Unseal Judicial Records filed by Los Angeles Times Communications LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order Granting Los Angeles Times Communications, LLC's Motion to File a Reply to Angels Baseball, LP's Opposition |

EXCERPT 1 – THE DOCKET SHEET

| | | to Motion to Unseal Judicial Records) (Cyrus, Christopher) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 103 | MOTION for Leave to File Reply to Government's Opposition to Motion to Unseal Judicial Records filed by Los Angeles Times Communications LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order Granting Los Angeles Times Communications, LLC's Motion to File a Reply to Government's Opposition to Unseal Judicial Records) (Cyrus, Christopher) (Entered: 01/21/2022) |
| 01/26/2022 | 104 | ORDER GRANTING MOTION TO INTERVENE, PARTIALLY GRANTING MOTION TO UNSEAL AND MOTION TO STRIKE WITNESS AND EXHIBIT LISTS, AND DENYING MOTION FOR LEAVE TO FILE REPLY BRIEFS as to Eric Prescott Kay: (1) The Times's Motion to Intervene (doc. 89 -1) is GRANTED; (2) The Times's Motion to Unseal (doc. 89 -2) is PARTIALLY GRANTED, in that the clerk of the Court is DIRECTED to unseal all of the docket entries in this case (solely the entries on the docket, however, and not the actual imaged documents to which those entries pertain). (3) The government's Motion to Strike (doc. 96 ) Witness and Exhibit Lists (docs. 86 and 87 ) is PARTIALLY GRANTED, in that the lists are DEEMED withdrawn. The image of the documents shall, however, remain on the docket under seal and shall be unsealed at the conclusion of trial. (4) The Times's Motions for Leave to File Reply Briefs (docs. 102 and 103 ) are DENIED. (Ordered by Senior Judge Terry R Means on 1/26/2022) (sre) (Entered: 01/26/2022) |
| 01/26/2022 | | Entries Unsealed as to Eric Prescott Kay per 104 Order..."the clerk of the Court is DIRECTED to unseal all of the docket entries in this case (solely the entries on the docket, however, and not the actual imaged documents to which those entries pertain)." (bdb) (Entered: 01/26/2022) |
| 01/31/2022 | 105 | Unopposed MOTION for Leave to File Witness and Exhibit Lists Under Seal filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 01/31/2022) |
| 02/01/2022 | 106 | Proposed Jury Instructions filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/01/2022) |
| 02/01/2022 | 107 | MOTION To Intervene, MOTION for Leave to File a Response in Opposition to the Governments Motion to File Witness and Exhibit Lists Under Seal () filed by Los Angeles Times Communications LLC as to Eric Prescott Kay (Attachments: # 1 Proposed Order Granting Los Angeles Times Communications LLCs Motion to Intervene) (Cyrus, Christopher) (Entered: 02/01/2022) |
| 02/01/2022 | 108 | Brief/Memorandum in Support by Los Angeles Times Communications LLC as to Eric Prescott Kay re 107 MOTION To Intervene MOTION for Leave to File a Response in Opposition to the Governments Motion to File Witness and Exhibit Lists Under Seal (Cyrus, Christopher) (Entered: 02/01/2022) |
| 02/01/2022 | 109 | ORDER as to Eric Prescott Kay: Pretrial Conference is continued to 2/7/2022 at 10:00 AM before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 2/1/2022) (twd) (Entered: 02/01/2022) |
| 02/01/2022 | 110 | Unopposed MOTION for Extension of Time *to Electronically File Witness and Exhibit Lists* filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/01/2022) |
| 02/02/2022 | 111 | MOTION for Leave to File a Response to the Governments Motion to Extend, MOTION To Intervene re 110 Unopposed MOTION for Extension of Time *to Electronically File Witness and Exhibit Lists*, MOTION to Strike *the Governments Motions* () filed by Los Angeles Times Communications LLC as to Eric Prescott Kay |

**EXCERPT 1 – THE DOCKET SHEET**

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order Granting Los Angeles Times Communications LLCs Motion to Intervene or for Leave to File, # 2 Proposed Order Granting Los Angeles Times Communications LLCs Motion to Strike) (Cyrus, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 112 | Brief/Memorandum in Support by Los Angeles Times Communications LLC as to Eric Prescott Kay re 111 MOTION for Leave to File a Response to the Governments Motion to ExtendMOTION To Intervene re 110 Unopposed MOTION for Extension of Time *to Electronically File Witness and Exhibit Lists* MOTION to Strike *the Governments Motions* (Cyrus, Christopher) (Entered: 02/02/2022) |
| 02/02/2022 | 114 | ORDER DENYING MOTION FOR LEAVE TO SEAL, FOR EXTENSION OF TIME, AND TO INTERVENE AND FILE A RESPONSE as to Eric Prescott Kay: In short, the Court concludes that the government has failed to demonstrate that its concerns regarding the public filing of witness and exhibit lists outweigh the presumption of open public records. Consequently, the government's 105 , 110 motions are DENIED. The Times's 107 motion is DENIED as moot. The government and the Defendant shall electronically file their exhibit and witness lists no later than Thursday, 2/03/2022. (Ordered by Senior Judge Terry R Means on 2/2/2022) (twd) (Entered: 02/02/2022) |
| 02/03/2022 | 116 | WITNESS LIST by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/03/2022) |
| 02/03/2022 | 117 | EXHIBIT LIST by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/03/2022) |
| 02/04/2022 | 118 | WITNESS LIST by Eric Prescott Kay (Wynn, William) (Entered: 02/04/2022) |
| 02/05/2022 | 119 | EXHIBIT LIST by Eric Prescott Kay (Wynn, William) (Entered: 02/05/2022) |
| 02/06/2022 | 120 | MOTION for Leave to File Government's Amended Witness List filed by USA as to Eric Prescott Kay (Attachments: # 1 Proposed Amendment) (Martin-DOJ, Errin) (Entered: 02/06/2022) |
| 02/06/2022 | 121 | Proposed Voir Dire by Eric Prescott Kay (Wynn, William) (Entered: 02/06/2022) |
| 02/07/2022 | 122 | Proposed Voir Dire by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/07/2022) |
| 02/07/2022 | 123 | ORDER granting 120 Motion for Leave to File. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 2/7/2022) (sre) (Entered: 02/07/2022) |
| 02/07/2022 | 124 | GOVERNMENT'S AMENDED WITNESS LIST re: 116 by USA as to Eric Prescott Kay. (sre) (Entered: 02/07/2022) |
| 02/07/2022 | 125 | Minute Entry for proceedings held before Senior Judge Terry R Means: Pretrial Conference as to Eric Prescott Kay held on 2/7/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (No exhibits) Time in Court - :51. (Court Reporter: Debbie Saenz) (sre) (Entered: 02/07/2022) |
| 02/08/2022 | 126 | Proposed Jury Instructions filed by Eric Prescott Kay (Wynn, William) (Entered: 02/08/2022) |

| 02/08/2022 | 127 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/8/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 04:26. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/09/2022) |
|---|---|---|
| 02/09/2022 | 128 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/9/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 5:11. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/09/2022) |
| 02/10/2022 | 129 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/10/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 5:35. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) Modified on 3/13/2023 (sre). (Entered: 02/11/2022) |
| 02/11/2022 | 130 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/11/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 5:11. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/11/2022) |
| 02/13/2022 | 131 | Proposed Jury Instructions filed by USA as to Eric Prescott Kay (Beran-DOJ, Lindsey) (Entered: 02/13/2022) |
| 02/14/2022 | 134 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/14/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 5:49. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/15/2022) |
| 02/15/2022 | 135 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/15/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 4:57. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/15/2022) |
| 02/16/2022 | 136 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/16/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (Exhibits admitted - returned to party) Time in Court - 03:04. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (sre) (Main Document 136 replaced on 2/17/2022) (sre). (Entered: 02/16/2022) |
| 02/16/2022 | 137 | EXHIBIT LIST by Eric Prescott Kay (Wynn, William) (Entered: 02/16/2022) |
| 02/16/2022 | 138 | EXHIBIT LIST by USA as to Eric Prescott Kay (Lo Galbo-DOJ, Joseph) (Entered: 02/16/2022) |

**EXCERPT 1 – THE DOCKET SHEET**

| | | |
|---|---|---|
| 02/17/2022 | 139 | Jury Charge as to Eric Prescott Kay. Signed by Senior Judge Terry R Means on 2/17/2022. (sre) (Entered: 02/17/2022) |
| 02/17/2022 | 140 | JURY VERDICT as to Eric Prescott Kay (1) Guilty on Count 1s,2s. (sre) (Main Document 140 replaced on 2/17/2022) (sre). (Entered: 02/17/2022) |
| 02/17/2022 | 141 | ORDER SETTING SCHEDULE FOR SENTENCING as to Eric Prescott Kay: Presentence Investigation Report due by 4/20/2022. Objections to Presentence Investigation Report due by 5/4/2022. Presentence Investigation Addendum due by 5/18/2022. Sentencing set for 6/28/2022 at 10:00 AM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 2/17/2022) (sre) (Entered: 02/17/2022) |
| 02/17/2022 | 142 | Minute Entry for proceedings held before Senior Judge Terry R Means: Jury Trial as to Eric Prescott Kay held on 2/17/2022. Attorney Appearances: AUSA - Lindsey E. Beran, AUSA Errin Martin, AUSA Joseph T. Lo Galbo, AUSA; Defense - William R. Wynn, Retained Michael A. Molfetta, Retained. (No exhibits) Time in Court - 02:03. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO N/A.) (sre) (Entered: 02/17/2022) |
| 02/28/2022 | 143 | (Document restricted to court users only) Receipt for Surrender of Passport as to Eric Prescott Kay. (bcr) (Entered: 02/28/2022) |
| 03/03/2022 | 144 | MOTION for Extension of Time *to File Motion for Judgment of Acquittal and Motion for New Trial* filed by Eric Prescott Kay (Wynn, William) (Entered: 03/03/2022) |
| 03/10/2022 | 145 | ORDER GRANTING 144 UNOPPOSED MOTION FOR EXTENSION OF TIME as to Eric Prescott Kay (1): Defendant shall have until Tuesday, 3/15/2022, to file any motion for judgment of acquittal pursuant to Rule 29(c) and/or motion for new trial pursuant to Rule 33. (Ordered by Senior Judge Terry R Means on 3/10/2022) (twd) (Entered: 03/10/2022) |
| 03/10/2022 | 146 | MOTION Motion for Judgment of Acquittal and Motion for New Trial filed by Eric Prescott Kay with Brief/Memorandum in Support. (Wynn, William) (Entered: 03/10/2022) |
| 03/10/2022 | 147 | MOTION First Amended Motion for Judgment of Acquittal and Motion for New Trial filed by Eric Prescott Kay with Brief/Memorandum in Support. (Wynn, William) (Entered: 03/10/2022) |
| 03/24/2022 | 148 | RESPONSE by USA as to Eric Prescott Kay re: 147 MOTION First Amended Motion for Judgment of Acquittal and Motion for New Trial (Bradshaw-DOJ, Jonathan) (Entered: 03/24/2022) |
| 04/26/2022 | 150 | ORDER denying 147 First Amended Motion for Acquittal or New Trial as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 4/26/2022) (sre) (Entered: 04/26/2022) |
| 04/29/2022 | 153 | ORDER Referring Motion as to Eric Prescott Kay re: 152 Sealed and/or Ex Parte Motion. Motions terminated as to Eric Prescott Kay: 151 SEALED Joint Motion to Seal Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR. Re: 152 Sealed Joint Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR as to Eric Prescott Kay. Motion(s) referred to Magistrate Judge Jeffrey L. Cureton. (Ordered by Senior Judge Terry R Means on 4/29/2022) (sre) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 05/03/2022 | 154 | Order in case as to Eric Prescott Kay. Motion Hearing set for 5/17/2022 at 10:30 AM in US Courthouse, Courtroom 508, 501 W. 10th St., Fort Worth, TX 76102-3673 before Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/3/2022) (sre) Modified on 5/3/2022 (sre). Modified on 5/25/2022 (jah). (Entered: 05/03/2022) |
| 05/17/2022 | 155 | Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Motion Hearing as to Eric Prescott Kay held on 5/17/2022 re 152 Sealed Joint Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR as to Eric Prescott Kay filed by Defendant, USA. (Notice: Any required service of this document is the responsibility of the filer.). re: 152 Sealed Joint Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR as to Eric Prescott Kay filed by Defendant, USA. (Notice: Any required service of this document is the responsibility of the filer.) Attorney Appearances: AUSA - Erin Martin; Defense - Michael Molfetta. (No exhibits) Time in Court - :15. (Court Reporter: Digital File) (USPO French.) (sre) Modified on 5/25/2022 (jah). (Entered: 05/17/2022) |
| 05/25/2022 | 156 | REDACTED JOINT MOTION FOR HEARING AND TO CONTINUE DEADLINES FOR FILING OBJECTIONS TO THE PSR re 152 Sealed Joint Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR as to Eric Prescott Kay filed by Defendant, USA. (Notice: Any required service of this document is the responsibility of the filer.) (jah) (Entered: 05/25/2022) |
| 05/26/2022 | 157 | ELECTRONIC ORDER as to Eric Prescott Kay: Hearing to Appoint Counsel set for 5/31/2022 at 01:00 PM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/26/2022) (jah) (Entered: 05/26/2022) |
| 05/31/2022 | 158 | CJA 20 Order appointing attorney. Attorney Cody Lee Cofer for Eric Prescott Kay appointed. This appointment continues through any appeal unless counsel is relieved by court order for good cause shown - See Miscellaneous Order 3 Criminal Justice Act Plan. Within one week, the court will contact you via email and provide a link to the eVoucher System. Any work done on an appeal must be billed per circuit instructions. For questions, consult the CJA Attorney Information page or use the directory to contact the courtroom deputy of the appointing judge. Copies of public documents filed prior to this appointment may be obtained via PACER. (Ordered by Magistrate Judge Jeffrey L. Cureton on 5/31/2022) (jah) (Entered: 05/31/2022) |
| 05/31/2022 | 159 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Hearing to Appoint Counsel as to Eric Prescott Kay held on 5/31/2022; Deft executed financial affidavit; o/appointing attorney entered; deft continued in custody. Attorney Appearances: AUSA - Erinn Martin; Defense - Cody Cofer. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO French.) (jah) (Entered: 05/31/2022) |
| 05/31/2022 | 160 | (Document Restricted) CJA 23 Financial Affidavit by Eric Prescott Kay (jah) (Entered: 05/31/2022) |
| 06/02/2022 | 161 | Amended Sentencing Scheduling Order as to Eric Prescott Kay: Objections to Presentence Investigation Report due by 8/18/2022. Presentence Investigation Addendum due by 9/1/2022. Sentencing set for 10/11/2022 at 10:00 AM in US Courthouse, Courtroom 501, 501 W. 10th St., Fort Worth, TX 76102-3673 before Senior Judge Terry R Means. (Ordered by Senior Judge Terry R Means on 6/2/2022) (sre) (Entered: 06/02/2022) |
| 06/13/2022 | 162 | |

| | | MOTION Authorization for Funds to Order Transcripts filed by Eric Prescott Kay (Cofer, Cody) (Entered: 06/13/2022) |
|---|---|---|
| 06/28/2022 | 163 | Notice of Filing of Official Electronic Transcript of Motion Hearing (152) Proceedings as to Eric Prescott Kay held on 05/17/2022 before Judge Jeffrey L. Cureton. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (14 pages) Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 7/19/2022. Redacted Transcript Deadline set for 7/29/2022. Release of Transcript Restriction set for 9/26/2022. (Rehling, Kathy) (Entered: 06/28/2022) |
| 07/07/2022 | 164 | ORDER finding as moot 162 Motion as to Eric Prescott Kay (1): Pending before the Court is Defendant's Motion for Authorization of Transcript Order (doc. 162). In the motion, Defendant's newly appointed counsel requests preparation and payment for the transcripts of most of the proceedings previously held in this case. After review of the motion, the Court concludes that it should be and hereby is DENIED as moot. Defendant may obtain the transcripts he requests by completing a transcript order form and delivering it to the Court's reporter, Debbie Saenz (817-850-6661). Defendant may obtain payment for the transcripts by completing an Authorization and Voucher for Payment of Transcript form on the Court's CJA eVoucher system. (Ordered by Senior Judge Terry R Means on 7/7/2022) (sre) (Entered: 07/07/2022) |
| 07/11/2022 | 165 | Transcript Order Form: transcript requested for 08/07/2020 Initial Appearance; 05/17/2022 Motion Hearing; and 05/31/2022 Hearing to Appoint Counsel (Court Reporter: Kathy Rehling.) Payment method: CJA funds Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Cofer, Cody) (Entered: 07/11/2022) |
| 07/11/2022 | 166 | Transcript Order Form: transcript requested for 02/07/2022 Pretrial Conference; 02/8/2022-02/17/2022 Jury Trial (Court Reporter: Debbie Saenz.) Payment method: CJA funds Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Cofer, Cody) (Entered: 07/11/2022) |
| 07/28/2022 | 167 | Notice of Filing of Official Electronic Transcript of Initial Appearance Proceedings as to Eric Prescott Kay held on 08/07/2020 before Judge Jeffrey L. Cureton. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. |

EXCERPT 1 - THE DOCKET SHEET

| | | |
|---|---|---|
| | | If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (8 pages) Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 8/18/2022. Redacted Transcript Deadline set for 8/29/2022. Release of Transcript Restriction set for 10/26/2022. (Rehling, Kathy) (Entered: 07/28/2022) |
| 07/28/2022 | 168 | Notice of Filing of Official Electronic Transcript of Hearing to Appoint Counsel Proceedings as to Eric Prescott Kay held on 05/31/2022 before Judge Jeffrey L. Cureton. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (5 pages) Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 8/18/2022. Redacted Transcript Deadline set for 8/29/2022. Release of Transcript Restriction set for 10/26/2022. (Rehling, Kathy) (Entered: 07/28/2022) |
| 08/18/2022 | 169 | Unopposed MOTION for Extension of Time *for Sentencing Deadlines* filed by Eric Prescott Kay (Cofer, Cody) (Entered: 08/18/2022) |
| 08/23/2022 | 170 | ORDER GRANTING DEFENDANT'S UNOPPOSEDMOTION TO EXTEND SENTENCING DEADLINES as to Eric Prescott Kay: Before the Court is Defendant's Unopposed 169 Motion to ExtendSentencing Deadlines. The Court grants the motion. Objections to Presentence Investigation Report due by 9/7/2022, Presentence Investigation Addendum due by 9/21/2022. (Ordered by Senior Judge Terry R Means on 8/23/2022) (mmw) (Entered: 08/23/2022) |
| 09/26/2022 | 176 | MOTION for Leave to File Sentencing Materials filed by Eric Prescott Kay (Cofer, Cody) (Entered: 09/26/2022) |
| 10/03/2022 | 181 | ORDER RESCHEDULING TIME OF HEARING as to Eric Prescott Kay: The sentencing hearing in the above-styled and -numbered cause is rescheduled to 2:00 p.m. instead of 10:00 a.m., on October 11, 2022. (Ordered by Senior Judge Terry R Means on 10/3/2022) (sre) (Entered: 10/03/2022) |
| 10/04/2022 | 183 | ORDER granting 176 Motion for Leave to File. as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 10/4/2022) (sre) (Entered: 10/04/2022) |
| 10/11/2022 | 184 | Minute Entry for proceedings held before Senior Judge Terry R Means: Sentencing held on 10/11/2022 for Eric Prescott Kay (1), Count(s) 1, 2, Dismissed upon government motion.; Count(s) 1s, 2s, BOP- 264 months; S/R- 3 years; MSA-$200. Attorney Appearances: AUSA - Errin Martin and Joe Lo Galbo; Defense - Cody Cofer. (Exhibits admitted) Time in Court - 01:02. (Court Reporter: Debbie Saenz) (Interpreter N/A.) (USPO French.) (sre) (Entered: 10/12/2022) |

EXCERPT 1 - THE DOCKET SHEET

| 10/11/2022 | 185 | Court's Exhibit List from Sentencing held 10/11/2022 as to Eric Prescott Kay. (sre) (Entered: 10/12/2022) |
|---|---|---|
| 10/11/2022 | 186 | Notice of Right to Appeal Sentence as to Eric Prescott Kay. (sre) (Entered: 10/12/2022) |
| 10/11/2022 | 187 | ORDER Setting Conditions of Supervised Release as to Eric Prescott Kay (1) PR. (Ordered by Senior Judge Terry R Means on 10/11/2022) (sre) (Entered: 10/12/2022) |
| 10/12/2022 | 188 | JUDGMENT as to Eric Prescott Kay (1), Count(s) 1, 2, Dismissed upon government motion.; Count(s) 1s, 2s, BOP- 264 months; S/R- 3 years; MSA-$200. Pursuant to LR 79.2 and LCrR 55.2, exhibits may be claimed during the 60-day period following final disposition (to do so, follow the procedures found at Exhibit Guide). The clerk will discard exhibits that remain unclaimed after the 60-day period without additional notice. (Clerk to notice any party not electronically noticed.) (Ordered by Senior Judge Terry R Means on 10/11/2022) (sre) (Entered: 10/12/2022) |
| 10/13/2022 | 190 | NOTICE OF ATTORNEY APPEARANCE by Brett Evan Ordiway (Clerk to Set Designation as: Retained) appearing for Eric Prescott Kay (Filer confirms contact info in ECF is current.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Ordiway, Brett) (Entered: 10/13/2022) |
| 10/13/2022 | 191 | NOTICE OF APPEAL to the Fifth Circuit as to 188 Judgment,, by Eric Prescott Kay. Filing fee $505, receipt number ATXNDC-13222179. T.O. form to appellant electronically or Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a Defendant proceeding pro se.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Ordiway, Brett) (Entered: 10/13/2022) |
| 10/17/2022 | 192 | Unopposed MOTION to Withdraw as Attorney by Cody L. Cofer filed by Eric Prescott Kay (Cofer, Cody) (Entered: 10/17/2022) |
| 10/18/2022 | 193 | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Eric Prescott Kay re: 191 Notice of Appeal, Exhibits are available for public inspection at the clerk's office. (Attachments: # 1 Exhibit(s) 1-12_15-20, # 2 Exhibit(s) 21-24_25-40_42_46-47_51_55_59-60, # 3 Exhibit(s) 63_83_86-88_90-93_97_99_101_103_105_107_110-112, # 4 Exhibit(s) 113-114, # 5 Exhibit(s) 118-120_123_125-129_136, # 6 Exhibit(s) 137-138_140-143_145_147-153_159-161, # 7 Exhibit(s) 162-166_176-179, # 8 Exhibit(s) 180-183_188_190) (Martin-DOJ, Errin) (Entered: 10/18/2022) |
| 10/19/2022 | 194 | Transcript Order Form: transcript requested for Initial Appearance held 8-7-2020; Motion Hearing held 5-17-2022; Hearing to Appoint Counsel held 5-31-2022 (Court Reporter: Visiting Reporter.) Payment method: CJA funds Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Ordiway, Brett) (Entered: 10/19/2022) |
| 10/19/2022 | 195 | |

| | | |
|---|---|---|
| | | Transcript Order Form: transcript requested for Jury Trial held 02/07/2022 to 02/17/2022 (Court Reporter: Debbie Saenz.) Payment method: CJA funds Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Ordiway, Brett) (Entered: 10/19/2022) |
| 10/19/2022 | 196 | Transcript Order Form: transcript requested for Sentencing held 10-11-2022 (Court Reporter: Debbie Saenz.) Payment method: Private funds - Requester has obtained the estimate from the reporter and has paid or will pay the cost as directed. Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Ordiway, Brett) (Entered: 10/19/2022) |
| 10/20/2022 | 197 | Transcript Order Form: transcript requested for 8/7/2020 Initial Appearance; 5/17/2022 Motion Hearing; 05/31/2022 Hearing to Appoint Counsel (Court Reporter: Visiting Reporter.) Payment method: Private funds - Requester has obtained the estimate from the reporter and has paid or will pay the cost as directed. Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Ordiway, Brett) (Entered: 10/20/2022) |
| 10/20/2022 | 198 | Transcript Order Form: transcript requested for 2-7-2022 to 2-17-2022 Jury Trial; 10-11-2022 Sentencing (Court Reporter: Debbie Saenz.) Payment method: Private funds - Requester has obtained the estimate from the reporter and has paid or will pay the cost as directed. Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Ordiway, Brett) (Entered: 10/20/2022) |
| 10/27/2022 | 199 | Electronic Copy of Admitted Hearing or Trial Exhibit(s) by Eric Prescott Kay re: 191 Notice of Appeal,,,,. Exhibits are available for public inspection at the clerk's office. (Attachments: # 1 Def. Exhibit 2, # 2 Def. Exhibit 4, # 3 Def. Exhibit 5, # 4 Def. Exhibit 80, # 5 Def. Exhibit 78, # 6 Def. Exhibit 79, # 7 Def. Exhibit 77, # 8 Def. Exhibit 82, # 9 Def. Exhibit 83) (Ordiway, Brett) (Entered: 10/27/2022) |
| 11/08/2022 | 200 | ORDER granting 192 Motion to Withdraw as Attorney. Cody Lee Cofer withdrawn from case as to Eric Prescott Kay (1). (Ordered by Senior Judge Terry R Means on 11/8/2022) (sre) (Entered: 11/08/2022) |
| 11/14/2022 | | USCA Case Number as to Eric Prescott Kay 22-11011 for 191 Notice of Appeal, filed by Eric Prescott Kay. (tle) (Entered: 11/14/2022) |
| 11/17/2022 | 201 | Received letter from United States Court of Appeals 5th Circuit No. 22-11011. We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete. (tle) (Additional attachment(s) added on 11/17/2022: # 1 T.O. Form) (tle). (Entered: 11/17/2022) |
| 11/23/2022 | 202 | Received letter from United States Court of Appeals 5th Circuit No. 22-11011.The court has granted your request for an extension of time until 2/3/23. This also extends the Judicial Councils discount date accordingly. (tle) (Entered: 11/23/2022) |
| 12/15/2022 | | Record on Appeal for USCA5 22-11011 (related to 191 appeal) as to Eric Prescott Kay: Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, 3 Volume(s) electronic transcript, #193, #199 Volume(s) or container(s) of trial or hearing original exhibits, Sealed or ex parte electronic document number(s): 29,32,38,45-46,59-63,65-66,69-73,83,113,115,132,133,143,151,152,160,175,177-180 (circuit approval is required for access), 1 Electronic Presence Report/SOR |

| | | certified to USCA.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by <u>contacting the appeals deputy</u> in advance to arrange delivery. (tle) (Entered: 12/15/2022) |
|---|---|---|
| 02/15/2023 | <u>203</u> | ORDER of USCA No. 22-11011 as to Eric Prescott Kay re <u>191</u> Notice of Appeal. The court has granted your request for an extension of time until April 3, 2023. This also extends the Judicial Councils discount date accordingly. Request for Extension of Time to file Transcript. Request for Waiver of Mandatory Fee Reduction. (tle) (Entered: 02/15/2023) |
| 02/27/2023 | <u>204</u> | ORDER of USCA No. 22-11011 as to Eric Prescott Kay re <u>191</u> Notice of Appeal. Cody L. Cofer, the attorney appointed under the Criminal Justice Act to represent Eric Prescott Kay in this direct criminal appeal, moves to withdraw as counsel and to substitute Brett Ordiway, who will serve as Kays retained counsel. Ordiway has filed a notice of appearance, and Kay has submitted a letter indicating his desire to have Ordiway represent him on appeal. Accordingly, the motion to withdraw and to substitute retained counsel is GRANTED. Cofer is relieved of all further responsibilities in this appeal. (Attachments: # <u>1</u> USCA5 Cover Letter) (tle) (Entered: 02/27/2023) |
| 03/13/2023 | <u>205</u> | Notice of Filing of Official Electronic Transcript of Volume 1 of 11 Master Index of Jury Trial Proceedings as to Eric Prescott Kay held on 2/7/2022 through 2/17/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (20 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>206</u> | Notice of Filing of Official Electronic Transcript of Volume 2 of 11 Pretrial Conference for Jury Trial Proceedings as to Eric Prescott Kay held on 2/7/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or |

EXCERPT 1 – THE DOCKET SHEET

| | | |
|---|---|---|
| | | Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (52 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>208</u> | Notice of Filing of Official Electronic Transcript of Volume 4 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/8/2022 (Afternoon) before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (110 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>209</u> | Notice of Filing of Official Electronic Transcript of Volume 5 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/9/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (298 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>210</u> | Notice of Filing of Official Electronic Transcript of Volume 6 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/10/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance |

| | | |
|---|---|---|
| | | Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (290 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>211</u> | Notice of Filing of Official Electronic Transcript of Volume 7 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/11/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (275 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>212</u> | Notice of Filing of Official Electronic Transcript of Volume 8 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/14/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (315 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | <u>213</u> | Notice of Filing of Official Electronic Transcript of Volume 9 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/15/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See <u>Misc Order (MO) 61</u> and <u>Special Order (SO) 19-1</u>. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance |

EXCERPT 1 – THE DOCKET SHEET

| | | |
|---|---|---|
| | | Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (275 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | 214 | Notice of Filing of Official Electronic Transcript of Volume 10 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/16/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (87 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | 215 | Notice of Filing of Official Electronic Transcript of Volume 11 of 11 Jury Trial Proceedings as to Eric Prescott Kay held on 2/17/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (102 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 03/13/2023 | 216 | Notice of Filing of Official Electronic Transcript of Sentencing Proceedings as to Eric Prescott Kay held on 10/11/2022 before Judge Terry R. Means. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 |

| | | |
|---|---|---|
| | | immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (54 pages) Court Reporter/Transcriber Debbie Saenz, Telephone number 817.850.6661 or debbie.saenz@yahoo.com. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 4/3/2023. Redacted Transcript Deadline set for 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (dgs) (Entered: 03/13/2023) |
| 04/03/2023 | | Supplemental Record on Appeal for USCA5 22-11011 (related to <u>191</u> appeal) as to Eric Prescott Kay: Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, 11 Volume(s) electronic transcript, Sealed or ex parte electronic document number(s): Vol 3 Transcript (circuit approval is required for access),. **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by <u>contacting the appeals deputy</u> in advance to arrange delivery. (tle) (Entered: 04/03/2023) |
| 04/12/2023 | | APPEARANCE FORM FILED of USCA5 by Attorney(s) Jonathan Glen Bradshaw for party(s) Appellee USA, in case 22-11011. Access to the EROA has been granted as to Eric Prescott Kay. (tle) (Entered: 04/12/2023) |
| 04/20/2023 | <u>217</u><br>(p.5624) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) by USA as to Eric Prescott Kayre: <u>191</u> Notice of Appeal. Exhibits are available for public inspection at the clerk's office. (Attachments: # <u>1</u> Government Exhibit 95 - Part 1) (tle) (Entered: 04/20/2023) |
| 04/20/2023 | <u>218</u><br>(p.5694) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Eric Prescott Kay re: <u>191</u> Notice of Appeal. Exhibits are available for public inspection at the clerk's office. (Government Exhibit 95 - Part 2) (tle) (Entered: 04/20/2023) |
| 04/20/2023 | <u>219</u><br>(p.5730) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Eric Prescott Kay re: <u>191</u> Notice of Appeal. Exhibits are available for public inspection at the clerk's office. (Government Exhibit 95 - Part 3) (tle) (Entered: 04/20/2023) |
| 04/20/2023 | <u>220</u><br>(p.5767) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Eric Prescott Kay re: <u>191</u> Notice of Appeal. Exhibits are available for public inspection at the clerk's office.(Government Exhibit 95 - Part 4). (tle) (Entered: 04/20/2023) |
| 04/20/2023 | <u>221</u><br>(p.5796) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Eric Prescott Kay re: <u>191</u> Notice of Appeal. Exhibits are available for public inspection at the clerk's office.(Government Exhibit 95 - Part 5) (tle) (Entered: 04/20/2023) |
| 04/25/2023 | <u>222</u><br>(p.5637) | ORDER of USCA No. 22-11011 as to Eric Prescott Kay re <u>191</u> Notice of Appeal. The court has granted the motion to supplement or correct the record (with the governments trial exhibit number 95) in this case. The originating court is requested to |

EXCERPT 1 - THE DOCKET SHEET

| | | |
|---|---|---|
| | | provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record. (tle) (Additional attachment(s) added on 5/1/2023: # 1 Motion to Supplement) (tle). (Entered: 04/25/2023) |
| 04/27/2023 | 223 (p.5641) | MOTION to Intervene And Unseal Judicial Records, MOTION to Unseal Document () filed by USA as to Eric Prescott Kay (Attachments: # 1 Proposed Order) (Dennis, Aisha) (Entered: 04/27/2023) |

2. Notice of Appeal (ROA.1064-65)

EXCERPT 2 - THE NOTICE OF APPEAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:20-CR-269-Y** |
| | § | |
| **ERIC PRESCOTT KAY** | § | |

## NOTICE OF APPEAL

To the Honorable Court:

Under Federal Rule of Appellate Procedure 4(b), Eric Prescott Kay notifies

the Court and counsel for the United States of America that he appeals to the

United States Court of Appeals for the Fifth Circuit from the judgment and

sentence imposed on October 11, 2022.

Respectfully submitted,

_____/s/ Brett Ordiway_____
BRETT ORDIWAY
Texas Bar No. 24079086
brett@udashenanton.com

MADISON MCWITHEY
Texas Bar No. 24119481
madison@udashenanton.com

UDASHEN|ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
(214) 468-8100

22-11011.1064

EXCERPT 2 - THE NOTICE OF APPEAL

(214) 468-8104 (fax)

*Counsel for Defendant-Appellant*

#### Certificate of Service

I certify that this document will be electronically filed with the Clerk of the Court for the United States District Court, Northern District of Texas, on October 13, 2022, using the electronic case-filing system of the Court and that counsel of record for the United States of America will be electronically served.

_____/s/ Brett Ordiway___
Brett Ordiway

22-11011.1065

3. Superseding Indictment (ROA.563-66)

**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 NOV -2 PM 12: 12

DEPUTY CLERK____MS____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                          NO. 4:20-cr-269-Y

ERIC PRESCOTT KAY

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before 2017, the exact date being unknown to the Grand Jury and

continuing until in or around July 2019, in the Northern District of Texas and elsewhere,

the defendant, **Eric Prescott Kay**, and others, did knowingly and intentionally combine,

conspire, confederate, and agree with others both known and unknown to the Grand Jury

to commit the following offense against the United States: to possess with the intent to

distribute and to distribute a controlled substance, to wit: a mixture or substance

containing a detectable amount of oxycodone and a mixture or substance containing a

detectable amount of fentanyl, Schedule II controlled substances, in violation of 21

U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

**Superseding Indictment—Page 1**

22-11011.563

EXCERPT 3 – THE SUPERSEDING INDICTMENT

Count Two

Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about June 30, 2019, in the Fort Worth Division of the Northern District of

Texas, **Eric Prescott Kay**, the defendant, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, and the use of said substance resulted in the death and serious

bodily injury of T.S.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C.

§ 841(b)(1)(C).

22-11011.564

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this Superseding

Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Eric Prescott Kay**, shall

forfeit to the United States of America all property, real or personal, constituting, or

derived from, the proceeds obtained, directly or indirectly, as the result of the offense and

any property, real or personal, used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
JONATHAN BRADSHAW
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8800
Email: lindsey.beran@usdoj.gov
Email: errin.martin@usdoj.gov
Email: jonthan.bradshaw@usdoj.gov

**Superseding Indictment—Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ERIC PRESCOTT KAY

SUPERSEDING INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury
(Count 2)

21 U.S.C. § 853(a)
Forfeiture Notice

2 Count

A true bill rendered

------------------------------------------------------------------------------------------

DALLAS                                                                    FOREPERSON

Filed in open court this 2nd day of November, 2021.

------------------------------------------------------------------------------------------

**No Warrant Needed**

------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 4:20-CR-269-Y

22-11011.566

4.  Jury's Verdict (ROA.954-55)

EXCERPT 4 - THE JURY'S VERDICT

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ERIC PRESCOTT KAY

CASE NO.  4:20-CR-269-Y

**VERDICT OF THE JURY**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 7 2022

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

**Count One**:

As to the offense charged in count one of the superseding indictment, we, the jury, find the

defendant, Eric Kay ___*Guilty*___ .

(Guilty or Not Guilty)

**Count Two**:

As to the offense charged in count two of the superseding indictment, we, the jury, find the

defendant, Eric Kay ___*Guilty*___ .

(Guilty or Not Guilty)

If you have found the defendant, Eric Kay, not guilty as to count two, please notify the court

security officer that you are finished with your deliberations.  The presiding juror should sign page

two of the verdict form, but do not answer the question on page two.

If  you have found the defendant, Eric Kay, guilty as to count two, you must answer the

question on page two of the verdict form, and then the presiding juror should sign the verdict form.

1

Do you find beyond a reasonable doubt that Tyler Skaggs's death resulted from the use of the specific fentanyl that Eric Kay distributed to him in the Northern District of Texas?

_____Yes_____

(Answer: Yes or No)

SIGNED _____February 17_____, ~~2021.~~ 2022

_____
Presiding Juror

2

5.  Judgment (ROA.1059-61)

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:  4:20-CR-269-Y(1) |
| | Errin Martin, assistant U.S. attorney |
| ERIC PRESCOTT KAY | Cody L. Cofer, attorney for the defendant |

On February 17, 2022, the defendant, Eric Prescott Kay, was found guilty by a jury on counts one and two of the two-count superseding indictment. Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | July 31, 2019 | 1 superseding |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury | June 2019 | 2 superseding |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed under Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission under Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $200.00 for counts one and two of the two-count superseding indictment.

Upon motion of the government, counts one and two of the two-count indictment filed October 15, 2020, are dismissed as to this defendant only.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed October 11, 2022.

*Terry R. Means*
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed October 12, 2022.

Judgment in a Criminal Case
Defendant: Eric Prescott Kay
Case Number:  4:20-CR-269-Y(1)

Judgment -- Page **2** of **3**

# IMPRISONMENT

The defendant, Eric Prescott Kay, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 235 months on count one of the two-count superseding indictment and 264 months on count two of the two-count superseding indictment, to run concurrently with count one of the two-count superseding indictment, for an aggregate sentence of 264 months.

The Court recommends that the defendant be incarcerated at a facility within the state of California, if possible.

The defendant is remanded to the custody of the United States marshal.

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on count one of the two-count superseding indictment and 3 years on count 2 of the two-count superseding indictment, to run concurrently.

The defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the United States Sentencing Commission Guidelines Manual, and shall:

> not commit another federal, state, or local crime;

> not possess illegal controlled substances;

> not possess a firearm, destructive device, or other dangerous weapon;

> cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

> report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

> refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court;

> participate in outpatient mental-health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered (copayment) at a rate of at least $25 per month; and

> participate in an outpatient program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.

# FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration.

Judgment in a Criminal Case
Defendant: Eric Prescott Kay
Case Number:  4:20-CR-269-Y(1)

Judgment -- Page **3** of **3**

Restitution is not ordered because there is no victim other than society at large.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States marshal


BY _____
deputy marshal

## CERTIFICATE OF SERVICE

On May 15, 2023, I filed this document via the Court's ECF system and served a copy to Appellee's counsel.

/s/ Brett Ordiway
BRETT ORDIWAY