# 22-11011

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**ERIC PRESCOTT KAY,**
Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:20-CR-269-Y

**MOTION TO RECEIVE
ELECTRONIC COPY OF SEALED RECORD**

The United States moves for permission to receive from the district clerk, for its use in preparing its brief in this appeal, the sealed portions of the record on appeal.

Respectfully submitted,

Leigha Simonton
United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## Certificate of Conference

I spoke with Brett Ordiway, counsel for Kay, and he is unopposed to this motion.

*s/Jonathan Bradshaw*
Jonathan Bradshaw

## Certificate of Service

I certify that on May 16, 2023, this document was served on Brett Ordiway, counsel for Kay, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*s/Jonathan Bradshaw*
Jonathan Bradshaw

## **Certificate of Compliance**

      This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 30 words.

      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

      *s/ Jonathan Bradshaw*
      Jonathan Bradshaw