# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 16, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-11011   USA v. Kay
                   USDC No. 4:20-CR-269-1

The court has considered the motion of United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Jonathan Glen Bradshaw
Mr. Brian W. McKay
Ms. Madison Lee McWithey
Ms. Karen S. Mitchell
Mr. Brett Evan Ordiway