# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| *Plaintiff-Appellee* § | | |
| § | | |
| V. § | | Case No. 22-11011 |
| § | | |
| ERIC PRESCOTT KAY § | | |
| *Defendant-Appellant* § | | |

## DEFENDANT-APPELLANT'S MOTION TO RECEIVE ELECTRONIC COPY OF SEALED RECORD

To the Honorable Court:

Following the Government's motion for the same (Document 56), Defendant-Appellant Eric Kay moves for permission to receive from the district clerk the sealed portions of the record on appeal.

Respectfully submitted,

/s/ Brett Ordiway
BRETT ORDIWAY
Texas Bar No. 24079086
brett@udashenanton.com

MADISON MCWITHEY
Texas Bar No. 24119481
madison@udashenanton.com

UDASHEN|ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
(214) 468-8100

1

(214) 468-8104 (fax)

*Counsel for Defendant-Appellant*

## Certificate of Conference

On May 18, 2023, I conferred with Assistant United States Attorney Jonathan Bradshaw, counsel for the Government, and he stated that he is unopposed to this motion.

/s/ Brett Ordiway
Brett Ordiway

## Certificate of Service

On May 18, 2023, I filed this document via the Court's ECF system and served a copy to Appellee's counsel.

/s/ Brett Ordiway
Brett Ordiway