

**U.S. Department of Justice**
United States Attorney
Northern District of Texas

*1100 Commerce Street, Third Floor*        *Main: 214-659-8600*

June 9, 2023

Lyle Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

      Re:    *United States v. Kay*, **22-11011**

Dear Mr. Cayce:

The undersigned Assistant United States Attorney is requesting a 30-day Level I extension to file the appellee's brief in the above-referenced case, currently due June 14, 2023. The new due date would be July 14. Appellant's counsel is unopposed.

The request is made due to counsel's workload. Since the filing of Kay's brief, I have filed the appellee's brief in *United States v. Sanches*, 22-11178, as well as a habeas response in the district court. Further, in the next four weeks, I am responsible for the appellee's brief in *United States v. Mendoza*, 22-10115, as well as three habeas responses to the district court. Kay's appeal raises complex issues after a jury trial, including a challenge to the sufficiency of the evidence, and the record exceeds 5,700 pages.

Finally, Mr. Kay is serving a 264-month prison sentence, so this extension will not affect the Court's ability to timely decide the appeal. This request is not brought for purposes of delay but is intended to ensure orderly disposition of this case. The government thus respectfully requests an extension to July 14.

Sincerely,

Leigha Simonton
United States Attorney

*s/ Jonathan Bradshaw*

Jonathan Bradshaw
Assistant United States Attorney