# 22-11011

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
    Plaintiff-Appellee

v.

**ERIC PRESCOTT KAY**
    Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:20-CR-269-Y

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

The United States moves for a Level II, 30-day extension of time to file its brief, currently due on July 14, 2023, for a new deadline of August 11, 2023. The government has previously received one, 30-day extension, and Kay's counsel is unopposed to the requested extension. The extension is requested due to the complexity of this appeal, as well as undersigned counsel's pre-planned travel and workload.

This appeal raises complex issues after a jury trial, including a challenge to the sufficiency of the evidence for two convictions and a sentencing enhancement. That enhancement applied because—as expert witnesses testified, and the jury found—Kay distributed drugs that resulted in the victim's death. Kay's challenges to the jury's verdict require reviewing the entire record, which exceeds 5,700 pages and includes transcripts from a nearly two-week trial. Both the size and complexity of this appeal require additional time to prepare a brief that is helpful to this Court.

Additionally, I am requesting an extension because I was travelling on leave from June 30 through July 5, and I am travelling—out of the country—from July 14 through July 21. Both trips were pre-planned and non-refundable.

Moreover, since Kay's brief was filed, I have filed the appellee's brief in *United States v. Sanches*, 22-1117, as well as two complex habeas responses in the district court. I am also responsible for the upcoming appellee's briefs in *United States v. Freeman*, 23-10253, and *United States v. Mendoza*, 22-10115, as well as three more upcoming responses to collateral attacks filed in the district court.

Finally, Mr. Kay is serving a 264-month prison sentence, so this extension will not prejudice him or affect the Court's ability to timely decide this appeal.

I am working diligently on each of my current assignments, and this request is not made for purposes of delay. Additional time is necessary to complete a thorough brief and have it peer-reviewed per office policy. An extension to August 11, 2023, is respectfully requested.

                                        Respectfully submitted,

                                        Leigha Simonton
                                        United States Attorney

                                        *s/ Jonathan Bradshaw*
                                        Jonathan Bradshaw
                                        Assistant United States Attorney
                                        Colorado Bar No. 43838
                                        1100 Commerce Street, Third Floor
                                        Dallas, Texas 75242
                                        Telephone: (214) 659-8600
                                        jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I spoke with Brett Ordiway, counsel for Kay, and he is unopposed to this motion.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 331 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
