# United States Court of Appeals for the Fifth Circuit

No. 22-11011
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2023
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

versus

Eric Prescott Kay,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CR-269-1

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.